McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Ben Nicholson, #239893
  *ben.nicholson@mccormickbarstow.com*
Christopher A. Kent, #332892
  *christopher.kent@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300

Rapport and Marston
Lester J. Marston, #081030
  *marstonl@pacbell.net*
405 West Perkins Street, P.O. Box 488
Ukiah, CA 95482
Telephone:   (707) 462-6846
Facsimile:    (707) 462-4235

Attorneys for Plaintiff Table Mountain Rancheria
dba Eagle Springs Golf & Country Club

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| TABLE MOUNTAIN RANCHERIA, a federally-recognized sovereign Indian Tribe dba Eagle Springs Golf & Country Club,<br><br>Plaintiff,<br><br>v.<br><br>YAMAHA GOLF-CAR COMPANY, a Georgia Corporation; and CART STAR MOTORS, LLC, a California limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 1:22-cv-01401-ADA-EPG<br><br>**VOLUNTARY DISMISSAL OF THE COMPLAINT WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)**<br><br>Action Filed:        October 31, 2022 |

**PLEASE TAKE NOTICE** that Plaintiff TABLE MOUNTAIN RANCHERIA, a federally-recognized sovereign Indian Tribe dba Eagle Springs Golf & Country Club ("Plaintiff"), hereby voluntarily dismisses the Complaint filed on October 31, 2022 against Defendants YAMAHA GOLF-CAR COMPANY, a Georgia Corporation; and CART STAR MOTORS, LLC, a California limited liability company; and DOES 1 through 50, inclusive (collectively "Defendants"), without

1  prejudice pursuant to Fed. R. Civ. P. 41(a)(1), as no answer or motion for summary judgment has
2  been served in this action since the time the Plaintiff's Complaint was filed.
3       Respectfully submitted,
4  Dated: December 22, 2022      McCORMICK, BARSTOW, SHEPPARD,
                                                                 WAYTE & CARRUTH LLP

By: _____
       Ben Nicholson
       Christopher A. Kent
Attorneys for Plaintiff Table Mountain Rancheria dba
      Eagle Springs Golf & Country Club

083030-000020 8815599.1