UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TABLE MOUNTAIN RANCHERIA,<br><br>Plaintiff,<br><br>v.<br><br>CART STAR MOTORS, LLC, et al.,<br><br>Defendants. | Case No.  1:22-cv-01401-ADA-EPG<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE IN LIGHT OF PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br><br>(ECF No. 4) |

This matter is before the Court on Plaintiff's notice of voluntary dismissal (ECF No. 4), without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), as Defendants have not filed an answer or motion for summary judgment. In light of the voluntary dismissal, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(i), and has been dismissed, without prejudice. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Accordingly, the Clerk of Court is respectfully directed to close the case.

IT IS SO ORDERED.

Dated:  **December 27, 2022**              /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE

1